DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ODELL HALL, JR.,

Appellant,

v.

DANIELLE D. YOHO and YOHO'S AUTOMOTIVE AND
TOWING,

Appellees.

No. 2D2024-2272

_____

July 9, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for
Pinellas County; George M. Jirotka and Susan Bedinghaus, Judges.

Odell Hall, Jr., pro se.

No appearance for Appellees.

SLEET, Judge.

Odell Hall, Jr., appeals the trial court's Order Denying Motion for
Recusal and Change of Venue. Because the portion of the order
addressing the trial court's denial of his motion for recusal is nonfinal
and nonappealable under Florida Rule of Appellate Procedure 9.130(a)(3),
we treat that portion of the appeal as a petition for writ of prohibition
and deny the petition. *See Kowalski v. Boyles*, 557 So. 2d 885, 886 (Fla.

5th DCA 1990) (treating an appeal of a nonfinal order denying an application for disqualification of a judge as a petition for writ of prohibition). As to the part of the order denying Hall's motion for change of venue, we have jurisdiction, *see* Fla. R. App. P. 9.130(a)(3)(A), and affirm without further comment.

Affirmed in part and denied in part.

MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.